Courts

UNITED STATES DISTRICT COURT

for the

Western District of N.Y

_____ Division

19    CV1188w

Case No. _____

(to be filled in by the Clerk's Office)

JANAH GRANT

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

-v-

Commissioner ANNUCCI,
Superintendent Thomes
DEP of security shields
CO-MS Saunders & CO J-Chalell

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

UNITED STATES DISTRICT COURT
FILED
SEP 05 2019
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

I.   The Parties to This Complaint

A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

JANIAH GRANT 08A2616
Five points c.f  PO Box 119
ROMOIUS      NY     14541
City          State      Zip Code

County      Seneca
Telephone Number
E-Mail Address

B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name
Job or Title (if known)
Address

Commissioner Annucci
1320 Washington Avenue
Harriman State Campus
Albany      NY     12224
City          State      Zip Code

County
Telephone Number
E-Mail Address (if known)

[X] Individual capacity     [X] Official capacity

Defendant No. 2

Name
Job or Title (if known)
Address

Superintendent Thomes
Five point Corr. facility
PO Box 119
ROMOIUS      NY     14541
City          State      Zip Code

County      Seneca
Telephone Number
E-Mail Address (if known)

[X] Individual capacity     [X] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

Deputy Superintedex of Security
MR. Shields
Five point Corr. facility
Romolus        N·Y     14541
                City            State        Zip Code

   County             Seneca
   Telephone Number
   E-Mail Address *(if known)*

[X] Individual capacity     [X] Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

CO. N.S. Saunders
Five points Cf
PO BOX 119
Romolus         N·Y       14541
                City             State        Zip Code

   County             Seneca
   Telephone Number
   E-Mail Address *(if known)*

[X] Individual capacity     [X] Official capacity

Defendant No. 5  CO: J. Chatell  Five points C.f
X individual capacity & X official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

directive
violations
Dir# 4040
701.6
Dir # 4910A
Corr. 138 (4
NYW

Amendment 4 free from illegal search & seizures
Amendment 8 Cruel & unusual punishment
Amendment 14 failure to protect - due process
Unlawful imprisonment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# III Statement Of Claim

I.) DSS Shields violated Dir# 4910A where he authorized CO: J. Chatell & CO: M.S. Saunders who I have grievances against "grievance #'s 35772-36955-36290-36443" to search my cell when Dir# 4910A states a inmate cell may be searched - a minimum once every 60 days. DSS Shields Just authorized my cell to be searched 2 days prior on July 16, 2019 by CO M. Morgan 57611 Badge# Then on 7-18-19 DSS Shields authorize CO: M.S. Saunders to search my cell "see 10-bldg Frisk book for verification" and CO: M.S. Saunders places a weapon in my cell" DSS Shields and CO: Saunders violated Dir# YOYO 701.6 "a inmate shall not be retaliated-against" for filing grievances and Corr. Law 138 (4)" and I was sent to SHU on 7-18-19 due to CO: Saunders placing a weapon in my cell.

I was in S-H-U from 7-18-19 to 8-2-19 when the charges for the weapon was dismissed. for 15 days I was depressed, stressed out of my mind, wondering if im a relieve a new charge, am I a persistent felon, can i get life how much S-H-U time im gonna get, what im gonna tell my mother, grandmother, daughters, sister etc, im at the end of a 25yr sentence and now a new charge, im going crazy, not being seen by medical "grievance # 364YY, being denied medical attention, my back is killing me" CO Saunders took my back medication - and told the nurses dont give it to me, im light headed, DIZZY, migraine headaches no nurses coming to my cell, im filling out sick call slips everynight from 7-18-19 to 8-2-19 no medical attention what so ever.

2.) I was released from S.H.U on 8-2-19 and D.S.S Shields sent me back to the same housing block were C.O Saunders place the weapon in my cell.

I was just unlawfully imprisoned for 15 days and then sent back to the same block which is Failure to protect, a conflict of interest deliberate indifference.

3.) FROM AUG 2, 2019 when I was released from SHU to AUG 13, 2019 I wrote everybody, the A.G's office, office of special investigation Commissioner Annucci of NYS DOCS and the Corr-association of N.Y. in Brooklyn pleading for help and to be transferred out of this facility before I was set up again. My family was calling to get me out before this facility set up again, but they did nothing and on Aug 13, 2019 I was placed for contraband watch, no D.S.S Shield, no mattress, sheets, blankets, no nothing, "sleeping on steel, naked in freezing cell for 9 days" from 8-13-19 to 8-22-19 this authorized by D.S.S Shields, Sgt Thomes CO. Atwood, Lt. Fuller, Lt. Goodlynch, Sgt Doanes CO. Saunders all conspiring to torture me and get me a life sentence.

4.) when I was released from contraband watch, no contraband was ever found. I recieved three tier 3 misbehavior reports, the retaliation is ongoing and wont stop unto im transferred from this facility.

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed.

III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur? **AT Five points CF**
**Icbidg B-1 4 cell**

B.     What date and approximate time did the events giving rise to your claim(s) occur?

**ON July 18, 2019   6:45PM**
**ON AUG 13, 2019 to AUG 22, 2019**
**NO contraband found**

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)*

**ON 7-18-19 b/S/S Shields ordered my cell to be Searched by co. Saunders
who I have multiple Grievances against, during the cell search, co
Saunders placed a weapon in my cell and made co. J. Chatell
write the MBR which was dismissed 8-2-19, I did 15 days in SHU
from 7-18 to 8-2, was denied medical attention for my back, dental
athletes feet, then after I was released from SHU on 8-2-19 I
was sent back to the same housing block I was set up At
and being threatened by co. Roffa to place a weapon in
my pocket, co Roffa threatened me on 8-10-19 6:30 PM
then on 8-13-19 I was placed on contraband watch for days
into 8-22-19 no contraband found, I was in a cell for
4 days naked - no mattress - Sheets - Clothes - etc sleepin on metal**

My Sangen radio-walkman-T-V-headphones was stolen by Co Saunders during the cell search

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had sever back pains, light headed & dizzyness, aches-feet, loss of weight, hip & side pains from sleepin on metal "steel" "naked" cold-runny nose, didn't recieve any medical attention at all, was not allowed to speak to mental health or medical nor see own or medical, I was stress, depress attempted to committ suicide on 8-13-19

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims: $100,000

I would like to be compensated for 15 days spent in SHU, 9 days on contraband watch, being denied own & medical attention, having a weapon placed in my cell, the cos writting false misbehavior reports.

The basis for this claim is I couldive been given a new change for the weapon Co Saunders placed in my cell and how the cos shields conspired with Co Saunders & Co- J-Chatell to set me up and mentally destroy me. In change at the end of a 25yr sentence, a new change would've mentally killed me, my family & daughters, I would also like the court to file changes against all defendants involved in this claim

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 29 2019

Signature of Plaintiff Jamal Grant

Printed Name of Plaintiff JANIAH GRANT

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____

|  | City | State | Zip Code |

Telephone Number _____

E-mail Address _____

# Affidavit of Service

State of N.Y
County of Seneca

I Jamal Grant 05A9616 being duly sworn under the penalty of perjury certifies that on the below day of August 2019 that at I mailed or had said listed papers via U.S mail the prepaid papers were placed in the same facility mail box for mailing in for Service on the below listed parties

New York State
Attorney General
department of law
Albany-N.Y 12224

United States District Court for the western of New York

Respectfully Submitted
Jamah Grant
Five Points Cf
Po Box 119
Romolus-N.Y 14541

Sworn To this Day



ANTHONY REICH JR.
Notary Public, State of New York
No. 01RE6316978
Qualified in Ontario County
Commission Expires Feb. 01, 20

Notary Public

Verification

State of N.Y
County of Seneca

I Jamah Brant being duly sworn
deposes and says

I am over the age of 18 and reside at
Five point corr. facility

I am the above named and I have the
foregoing complaint against the state
of N.Y and know its content, the same
is true to my knowledge except as to
the matters therein stated to be alleged
on information and belief and as to
those matters, I believe them to be true

Very truly yours
Jamah Brant
Five points C.F.
PO Box 119
Romulus, N.Y 14541

Sworn To me before 29TH
this Day of August 2019

NOTARY PUBLIC

ANTHONY REISH JR
Notary Public, State of New York
No. 01RE6216973
Qualified in Ontario County
Commission Expires Feb. 01, 2022

STATE OF NEW YORK
COURT OF CLAIMS

------------------------------------------------
JAMAL GRANT ,
                    Claimant, Pro-Se

        -against-

Comm. Annucci
Supt. Thoms
Ass. Shields
Co. Ms. Saunders & Co. T. Chatell
The State of New York

------------------------------------------------

Notice of Intention
To File a ~~Claim~~ 1983
hawsvii

Index #: _____

TO THE ATTORNEY GENERAL OF THE STATE OF NEW YORK
(by certified mail)

PLEASE TAKE NOTICE, that the undersigned Jamal Grant , intends to
file a claim against the State of New York, pursuant to Sections 10 and 11 of the Court of Claims
Act.

The post office address of your pro-se claimant is:

            Five Points Correctional Facility
            P.O. Box 119
            Romulus, New York 14541

For the time being, I am representing myself.

The time when, and the place where, such claim arose and the nature of my claim is as
follows:

1. ~~●●●~~ 8-13-19 12:30pm lobldg.

2. Five point C.F. I was placed on

3. Contraband watch for 8 days naked
   with no mattress-sheets-blankets
                    Jamal Grant
                    Claimant

DATED:  8/27/19

4) 7-18-19 had a weapon placed in my cell
5) 8-3-19 weapon changes dismissed
6) 8-13-19 placed on contraband watch          FORM 13B
7) 8-22-19 released from contraband watch
   no contraband recovered

# VERIFICATION

I, ~~Jamal Grant~~ being duly sworn, deposes and says that I am the petitioner in the above captioned matter, proceeding pro-se. I have read the foregoing petition, and know the contents thereof to be true, except as to matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

~~Jamal Grant~~

Defendant, Pro-se
Five Points C.F.
P.O. Box 119
Romulus, New York 14541

Sworn to before me this
25 day of August ,20 19

NOTARY PUBLIC



ANTHONY REISH JR
Notary Public, State of New York
No. 01RE6216973
Qualified in Ontario County
Commission Expires Feb. 01, 2020

## Affidavit of Service

State of New York)
County of Seneca)ss.:

I, _Jamal Brant_, being duly sworn, deposes and says:

I am over the age of 18 and reside at Five Points Correctional Facility.

On _8/27/19_ I served the within _Notice of intent_ upon the Attorney General of the State of New York by Certified Mail at the following address:

Department of Law
Capital Building
Albany, New York 12224

Very truly yours,

_Jamal Brant_
Claimant
Five Points Correctional Facility
P.O. Box 119
Romulus, New York 14541

Sworn to before me this _29_
day of _August_, 20_19_

_____
NOTARY PUBLIC

ANTHONY REISH JR
Notary Public, State of New York
No. 01RE6216973
Qualified in Ontario County
Commission Expires Feb. 01, 2022

neopost
09/02/2019
US POSTAGE $001.45⁰
ZIP 14541

Five Points

Correctional Facility

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: _Samak Brooks_  DIN: _55A3616_  LOC: 1

SEP - 9

Samuel Brooks
19B4138

U.S. DISTRICT COURT
Western District
of N.Y.
2 Niagara Square
Buffalo New York
14202-3398

LEGAL MAIL

# CIVIL COVER SHEET

**19    CV1188** w

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Jamah Grant

**DEFENDANTS**

Commissioner Annucci, et al

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☒ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN    (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:  1983

## VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE _____        SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____