United States District Court
Western District of New York

JAMAL GRANT
      Plaintiff
  vs                     19-CV-1188
Commissioner Annucci
      Defendant

DEAR, MR/MS
    Can you please tell me the status of the above Claim number. Thank you for your time and patience.

                Sincerly
                Jamal Grant 05A2614
                Collins Corr. Facility
                PO Box 340
                Collins, NY 14034

FILED APR 17 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK  14034-0340

NAME: Jamal Brant     DIN: 85A2616

19-cv-1188

Legal Mail

Clerk of Court
Western District of N.Y
Robert H. Jackson U.S Courthouse
2 Niagara Square
Buffalo, N.Y 14202